**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br>                              Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>                              Plaintiff,<br><br>                              v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>                              Defendants. | Adversary Proceeding<br>No. 20-50627 (CTG) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 2, 2025, defendants, Edward West, Mick Beekhuizen, John Devitt Kramer, Mark Novad, Mark A. McEachen, John Danielson, and Frank Jalufka, by and through their respective counsel, caused a true and correct copy of *Defendants' Initial Disclosures* to be served upon the parties listed below in the manner specified.

**BY ELECTRONIC MAIL**

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19899
Email: bsandler@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com

COREN & RESS, P.C.
Steven M. Coren
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
Email: scoren@kcr-law.com

RLF1 32683754v.1

| | |
|---|---|
| Dated: April 4, 2025<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Marcos A. Ramos*<br>Marcos A. Ramos (No. 4450)<br>Nicholas A. Franchi (No. 7401)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: ramos@rlf.com<br>        franchi@rlf.com<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>Michael L. Kickline (admitted *pro hac vice*)<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>Email: michael.kichline@morganlewis.com<br><br>*Counsel for Defendants Edward West and Mick Beekhuizen*<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Kevin A. Guerke (No. 4096)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: sbeach@ycst.com<br>        kguerke@ycst.com |

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Thomas S. Jones (admitted *pro hac vice*)
6 PPG Place, Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-3071
Email: thomas.jones@nelsonmullins.com

*Counsel for Defendants John Devitt Kramer and Mark Novad*

**BLANK ROME LLP**

/s/ *John E. Lucian*
John E. Lucian (admitted *pro hac vice*)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: john.lucian@blankrome.com

*Counsel for Defendant Frank Jalufka*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Sean M. Beach*
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: sbeach@ycst.com
         kguerke@ycst.com

**SIDLEY AUSTIN LLP**

Sam Newman (admitted *pro hac vice*)
Genevieve Weiner (admitted *pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Facsimile: 310-595-9501
Email: sam.newman@sidley.com
          gweiner@sidley.com

Eric Schwartz (admitted *pro hac vice*)
Anna Gumport (admitted *pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
Telephone: 213-896-6000
Facsimile: 213-896-6600
Email: eschwartz@sidley.com
          agumport@sidley.com

*Counsel for Defendants Mark A. McEachen and John Danielson*

## **CERTIFICATE OF SERVICE**

I, Nicholas A. Franchi, hereby certify that on April 4, 2025, I caused a copy of the foregoing Notice of Service to be served upon the following parties in the manner indicated.

**BY ELECTRONIC MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19899
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

COREN & RESS, P.C.
Steven M. Coren
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
Email: scoren@kcr-law.com

*/s/ Nicholas A. Franchi*
Nicholas A. Franchi (No. 7401)